IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | |
|---|---|
| ASSOCIATED HOT SHOTS, INC., § <br> § <br> PLAINTIFF § <br> § <br> vs. § <br> § Cause No. 4:07cv04073-HFB <br> WILLIS AND RANDOLPH § <br> TRANSPORTATION CO., LLC. § <br> § <br> DEFENDANT. § | |

### ORDER ON DEFAULT JUDGMENT

COMES NOW BEFORE THE COURT the Plaintiff's motion for default judgment. The Court set this matter for hearing on December 19, 2007. Evidence was presented that Defendant did receive notice of the hearing, and as such the Court makes the following findings:

The evidence presented in the form of affidavit show that the damages were liquidated. Because the damages owed according to the contract, which is the subject of this dispute, was proved at the hearing on Plaintiff's Motion for Default Judgment, and because Defendant received adequate notice of this default judgment hearing, the motion for default judgment is hereby **GRANTED.**

SIGNED on this 19 day of December, 2007.

_____
THE HONORABLE HARRY F. BARNES

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

DEC 1 9 2007

CHRIS R. JOHNSON, CLERK

BY _____
DEPUTY CLERK