IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | |
|---|---|
| ASSOCIATED HOT SHOTS, INC., § § PLAINTIFF § § vs. § § WILLIS AND RANDOLPH § TRANSPORTATION CO., LLC. § § DEFENDANT. § | Cause No. 4:07cv04073-HFB |

## FINAL JUDGMENT

Because the damages owed according to the contract, which is the subject of this dispute, was proved by affidavit at a hearing on Plaintiff's Motion for Default Judgment, Plaintiff is awarded damages under the contract in an amount of $136,850.00.

Additionally, Plaintiff is awarded attorneys' fees and costs of suit in an amount of $3,755.42, together with prejudgment interest at the rate of six percent (6%) per annum from the date of the filing of the Complaint in this action through entry of this judgment all of which shall bear post-judgment interest at the rate described in 28 U.S.C. §1961, which is equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of the judgment.

The Court orders execution to issue for this judgment.

SIGNED on this 19th day of December, 2007.

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

DEC 19 2007

CHRIS R. JOHNSON, CLERK

BY _____
DEPUTY CLERK

_____
THE HONORABLE HARRY F. BARNES